No. 91–5450.  HITCHCOCK v. FLORIDA, *ante*, p. 912.  Respondent is requested to file a response to the petition for rehearing within 30 days.

No. 91–6109.  GILBERTSON v. GRAHAM ET AL.  Dist. Ct. App. Fla., 4th Dist.  Motion of petitioner for leave to proceed *in forma pauperis* denied.  Petitioner is allowed until December 30, 1991, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

No. 91–6391.  IN RE ESTES; and

No. 91–6423.  IN RE REARDON.  Petitions for writs of habeas corpus denied.

No. 91–6127.  IN RE JERSIMSKI.  Petition for writ of mandamus and/or prohibition denied.

No. 91–17.  ESTATE OF COWART v. NICKLOS DRILLING CO. ET AL.  C. A. 5th Cir.  Certiorari granted.

No. 91–535.  BURDICK v. TAKUSHI, DIRECTOR OF ELECTIONS OF HAWAII, ET AL.  C. A. 9th Cir.  Certiorari granted.

No. 91–5771.  WADE v. UNITED STATES.  C. A. 4th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 91–323.  FELDMAN ET AL. v. CALIFORNIA.  App. Dept., Super. Ct. Cal., Orange County.  Certiorari denied.

No. 91–357.  LOUISIANA v. BRUCE.  Ct. App. La., 1st Cir.  Certiorari denied.

No. 91–437.  SMALLS v. UNITED STATES.  Ct. Mil. App.  Certiorari denied.

No. 91–444.  LIVINGSTON CARE CENTERS, INC., ET AL. v. UNITED STATES ET AL.  C. A. 6th Cir.  Certiorari denied.